FILED

2022 AUG 16 PM 4:06

CLERK, US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
TAMPA, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 8:22cr288 VMC-MRM

FIDENCIO ROBLES JAUREQUI

21 U.S.C. § 846

## INFORMATION

The United States Attorney Charges

### COUNT ONE

On or about January 21, 2021, in the Middle District of Florida, and elsewhere, the defendant,

FIDENCIO ROBLES JAUREQUI

did knowingly and intentionally distribute, and possess with intent to distribute, a controlled substance, a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 846 and 841 (b)(1)(C).

### COUNT TWO

On or about April 23, 2019, in the Middle District of Florida, and elsewhere, the defendant,

FIDENCIO ROBLES JAUREQUI

did knowingly and intentionally distribute, and possess with intent to distribute, a controlled substance, a mixture and substance containing a detectable amount of

methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 846 and 841 (b)(1)(C).

## FORFEITURE

1. The allegations contained in Counts One and Two are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 21 U.S.C. § 853.

2. Upon conviction of a violation of 21 U.S.C. §§ 846 and/or 841, the defendants,

FIDENCIO ROBLES JAUREQUI

shall forfeit to the United States, pursuant to 21 U.S.C. §§ 853(a)(1) and (2), any property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3. If any of the property described above, as a result of any acts or omissions of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property, which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

A TRUE BILL,

_____<br>Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
For: Diego F. Novaes
Assistant United States Attorney

By: _____
James C. Preston, Jr.
Assistant United States Attorney
Chief, Violent Crimes and Narcotics Section